UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 07MJ8972 |
| vs. | ORDER |
| | RELEASING MATERIAL WITNESS |
| Filiberto Corvera-Mendez Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Carlos Hernandez-Hernandez
05782-298 @ GEU

DATED: 12/20/07

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Teresa Alvarez Romero

Deputy Clerk